

**FILED**

04/29/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 22-0005

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## PR 22-0005

**FILED**

APR 2 9 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE THE MOTION OF PETER J. BOWER
FOR ADMISSION TO THE BAR OF THE
STATE OF MONTANA

O R D E R

---

Peter J. Bower has filed a motion for admission to the Bar of the State of Montana pursuant to Rule V of the Rules for Admission, Admission on Motion. The motion fails to comply with the Montana Rules of Appellate Procedure, specifically, Rules 11(6)(b)(v) and (7), M. R. App. P. Therefore,

IT IS ORDERED that the motion for admission is denied without prejudice to the filing of a motion in compliance with the Rules of Appellate Procedure.

The Clerk is directed to provide copies of this order to Petitioner and to the State Bar of Montana.

DATED this 29th day of May, 2022.

FOR THE COURT

Jim Rice, Justice